08/15/2007  01:58  4354991                  SHERRY CARR                                PAGE  02/02
Fm:Scott Cole & Associates, APC To:Sherry Carr; Carr (19164354991)    13:55 08/03/07GMT-5:00 Pg 02-02

**FILED**

AUG 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

BZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHERRY R. CARR, et al.,

Plaintiffs,

vs.

SHEA MORTGAGE, INC.,

Defendant.

CONSENT TO JOIN COLLECTIVE
(CLASS) ACTION
FAIR LABOR STANDARDS ACT
(29 U.S.C. §216[b])

Case No.: C07-04230

I hereby consent and agree to pursue my claims against the Defendant arising out of federal law in the above-referenced lawsuit.

I understand and acknowledge that this lawsuit is being brought under the Fair Labor Standards Act ("FLSA") to secure unpaid regular and overtime wages, liquidated damages, attorneys' fees and costs, and other relief arising out of my employment with Defendant. I hereby consent, agree and opt-in to become a party Plaintiff and be bound by any settlement of this action or adjudication by the Court.

I hereby designate the law office of Scott Cole & Associates, APC to represent me in this lawsuit. My address and other relevant information are as follows:

Name [Please Print]: Sherry Carr

Address: 4621 Ottawa Ct.
Rocklin, CA 95765

Telephone: (916) 300-3601

E-mail: sherrycarr@sbcglobal.net

Employed as (Job Title): loan officer

Dated: 8/15/07    By: [signature]
                      [Sign Name]