# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SHERRY R. CARR, individually, and on
behalf of all others similarly situated,
              Plaintiff(s),

Case No. C07-04230 BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

SHEA MORTGAGE, INC.,

              Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/23/2007

Sherry Carr
[Party]

Dated: 8/27/07

[Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05