1  TERRY E. SANCHEZ (SBN 101318)
   Terry.Sanchez@mto.com
2  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
3  TYLER A. ROOZEN (SBN 248669)
   Tyler.Roozen@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
6  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
7
   Attorneys for Defendant
8  SHEA MORTGAGE, INC.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | SHERRY R. CARR, individually, and on behalf of all others similarly situated, | CASE NO. C07-04230 BZ
13 | Plaintiff, | STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT
14 | vs. |
15 | |
16 | SHEA MORTGAGE, INC., |
17 | Defendant. |

3623394.1

STIPULATION EXTENDING DEADLINE
TO RESPOND TO THE COMPLAINT;
CASE NO. C07-04230 BZ

1  WHEREAS, Plaintiff Sherry R. Carr brings this putative collective and class action alleging employment claims, and specifically alleging, *inter alia*, that Defendant Shea Mortgage, Inc. improperly classified her and other current and former Loan Counselors as exempt from state and federal premium overtime requirements;

WHEREAS, Plaintiff Carr and her counsel have served this complaint on Defendant, and the Defendant's response is currently due on September 19, 2007; and

WHEREAS, counsel have conferred and Plaintiff Carr and her counsel have agree to extend the response deadline in this matter, and the extension agreed upon will not alter any date already set by the Court:

IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-1(a) that the deadline for Defendant to respond to the complaint is extended to October 3, 2007.

DATED: September 17, 2007

SCOTT COLE & ASSOCIATES, APC
SCOTT EDWARD COLE
CARRIE LIN

By: /s/ [signature]

Attorneys for Plaintiff
SHERRY R. CARR

DATED: September 17, 2007

MUNGER, TOLLES & OLSON LLP
TERRY E. SANCHEZ
MALCOLM A. HEINICKE
TYLER A. ROOZEN

By: /s/ [signature]

Attorneys for Defendant
SHEA MORTGAGE, INC.

**PROOF OF SERVICE BY MAIL**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On September 18, 2007, I served the foregoing document described as STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT on the interested party in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

> Carrie S. Lin, Esq.
> SCOTT COLE & ASSOCIATES, APC
> 1970 Broadway, Ninth Floor
> Oakland, CA 94612

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 18, 2007, at San Francisco, California.

_____
Marsha Poulin