MALCOLM A. HEINICKE (State Bar No. 194174)
TYLER ROOZEN (State Bar No. 248669)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4001
E-mail:          Malcolm.Heinicke@mto.com

TERRY SANCHEZ (State Bar No. 101318)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702
E-mail:          Terry.Sanchez@mto.com

Attorneys for Defendant
SHEA MORTGAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY R. CARR individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>SHEA MORTGAGE INC.<br><br>            Defendant. | CASE NO.  C07-04230 (BZ)<br><br>**DEFENDANT SHEA MORTGAGE INC.'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN** |

1  CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD
2  ZIMMERMAN

3  In accordance with the provisions of Title 28 U.S.C. Section 636(c), the
4  undersigned hereby voluntarily consents to have United States Magistrate Judge Bernard
5  Zimmerman conduct any and all further proceedings in the case, including trial, and order the
6  entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States
7  Court of Appeals for the Ninth Circuit.

10  DATED: October 11, 2007                MUNGER, TOLLES & OLSON LLP

12                                          By:   */s/ Tyler A. Roozen*
13                                                TYLER A. ROOZEN

14                                          Attorneys for Defendant
                                            SHEA MORTGAGE INC.

3717217.1                         - 1 -                DEFENDANT'S CONSENT TO
                                                       MAGISTRATE JUDGE;
                                                       CASE NO. C07-04230 (BZ)