MALCOLM A. HEINICKE (State Bar No. 194174)
TYLER ROOZEN (State Bar No. 248669)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4001
E-mail:         Malcolm.Heinicke@mto.com

TERRY SANCHEZ (State Bar No. 101318)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702
E-mail:         Terry.Sanchez@mto.com

Attorneys for Defendant
SHEA MORTGAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY R. CARR individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHEA MORTGAGE INC.<br><br>Defendant. | CASE NO.  C07-04230 (BZ)<br><br>**DEFENDANT SHEA MORTGAGE INC.'S STATEMENT OF INTERESTED PARTIES** |

3710486.1

1
STATEMENT OF INTERESTED PARTIES

Pursuant to Fed. Rule Civ. Pro. 7.1 and Civil L.R. 3-16, the undersigned certified that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Shea Mortgage Inc. is owned by the trusts of seventeen members of the Shea family, each of which has a financial interest in the outcome of this case.

2. Plaintiff Sherry R. Carr, the putative class of Shea Mortgage Inc. Loan Counselors, and Defendant Shea Mortgage Inc. have a financial interest in the outcome of this case.

DATED: October 11, 2007            MUNGER, TOLLES & OLSON LLP


                                   By:     */s/ Tyler A.Roozen*
                                          TYLER A. ROOZEN

                                   Attorneys for Defendant
                                   SHEA MORTGAGE INC.