1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Carrie S. Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5  web:     www.scalaw.com

6  Attorneys for Representative Plaintiff
   and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY R. CARR individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHEA MORTGAGE, INC, and DOES 1 through 25, inclusive,<br><br>Defendants.<br>. | **Case No.: C07-04230**<br><br>**<u>CLASS</u> ACTION**<br><br>**NOTICE OF UNAVAILABILITY** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff's attorneys of record in the above-referenced action will be unavailable from December 21, 2007 through January 1, 2008, inclusive, and will be unavailable for any purpose whatsoever, including, but not limited to receiving notice of any kind, responding to ex parte applications, appearing in court or appearing at depositions.


Dated: November 16, 2007

                                    **SCOTT COLE & ASSOCIATES, APC**

                              By:     /s/ Carrie S. Lin
                                   Carrie S. Lin, Esq.
                                   Attorneys for the Representative Plaintiff
                                   and the Plaintiff Class