# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

November 21, 2007

To:   Scott Edward Cole
      Carrie S. Lin
      Kevin Robert Allen
      Matthew Roland Bainer
      Scott Cole & Associates, APC
      1970 Broadway, Suite 950
      Oakland, CA 94612


      Re: Sherry R. Carr v. Shea Mortgage Inc. - C07-4230 BZ

Dear Counsel:

      At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for **December 10, 2007 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

      At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form by November 30, 2007.

                              Sincerely,

                              Richard W. Wieking, Clerk
                              United States District Court

                              _____/s/ Lashanda Scott_____
                              By:   Lashanda Scott
                                    Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd