Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin, Esq. (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRY R. CARR individually, and on behalf of all others similarly situated, | **Case No.: C07-04230** |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| SHEA MORTGAGE, INC, and DOES 1 through 25, inclusive, | |
| Defendants. | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgement. Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 21, 2007

**SCOTT COLE & ASSOCIATES, APC**

By:     /s/ Carrie S. Lin
        Carrie S. Lin, Esq.
        Attorneys for the Representative Plaintiff
        and the Plaintiff Class