1  Scott Edward Cole, Esq. (S.B. #160744)
   Carrie S. Lin (S.B. # 241849)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile:  (510) 891-7030
   web:     www.scalaw.com
5
   Attorneys for Representative Plaintiff
6  and the Plaintiff Class

7  Malcolm A. Heinicke (S.B. # 194174)
   Tyler Roozen, Esq. (S.B. # 248669)
8  **MUNGER, TOLLES & OLSEN, LLP**
   560 Mission Street
9  Twenty Seventh Floor
   San Francisco, California 94105
10 Telephone: (415) 512-4000
   fax: (415) 512-4001
11 Email: Malcolm.Heinicke@mto.com

12 Attorneys for Defendant
   Shea Mortgage, Inc.
13

14            **UNITED STATES DISTRICT COURT**

15          **NORTHERN DISTRICT OF CALIFORNIA**

16

17 SHERRY R. CARR, individually, and      )   **Case No.: C07-4230 BZ**
   on behalf of all others similarly situated,  )
18                                         )   **CLASS ACTION**
                   Plaintiff,             )
19 v.                                      )   **STIPULATION AND PROPOSED ORDER**
                                           )   **SELECTING A.D.R.  PROCESS**
20                                         )
   SHEA MORTGAGE, INC.                     )
21                                         )
                   Defendant.             )
22 _____)

23

24        Counsel report that they have met and conferred regarding ADR and have reached

25 the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

26        The parties are amenable to participating in ADR, and hereby stipulate to private

27 mediation as the appropriate ADR process. The parties will meet and confer after the first

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

1  Case Management Conference regarding choice of mediator, and the date and location of

2  the mediation. The parties further stipulate and agree to a stay of all formal discovery in

3

4  this action pending the outcome of private mediation.

5

6  Dated: November 29, 2007

7                                          **MUNGER, TOLLES & OLSON, LLP**

8

9                        By:  _____

10                                Malcolm A. Heinecke, Esq.
                                  Attorneys for Defendant
11

12

13

14  Dated: November 29, 2007

15                                          **SCOTT COLE & ASSOCIATES, APC**

16

17                        By:  _____

18                                Carrie S. Lin, Esq.
                                  Attorneys for the Representative Plaintiff
19                                and the Plaintiff Class

20

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

22  This _____ day of _____, 2007.

23

24                                _____
                                  United States District Court Judge
25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

Case Management Conference regarding choice of mediator, and the date and location of the mediation. The parties further stipulate and agree to a stay of all formal discovery in this action pending the outcome of private mediation.

Dated: November 29, 2007

**MUNGER, TOLLES & OLSON, LLP**

By: _____
Malcolm A. Heinecke, Esq.
Attorneys for Defendant

Dated: November 30, 2007

**SCOTT COLE & ASSOCIATES, APC**

By: _____
Carrie S. Lin, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

This _____ day of _____, 2007.

_____
United States District Court Judge