SCOTT EDWARD COLE (State Bar No. 160744)
MATTHEW R. BAINER (State Bar No. 220972)
CARRIE S. LIN (State Bar No. 241849)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA 94612
Telephone:   (510) 891-9800
Facsimile:    (510) 891-7030
E-mail:         clin@scalow.com

Attorneys for Plaintiffs
SHERRY R. CARR, individually, and on behalf of all others similarly situated

TERRY SANCHEZ (State Bar No. 101318)
MALCOLM A. HEINICKE (State Bar No. 194174)
TYLER ROOZEN (State Bar No. 248669)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4001
E-mail:         Malcolm.Heinicke@mto.com

Attorneys for Defendant
SHEA MORTGAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY R. CARR individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHEA MORTGAGE, INC.,<br><br>Defendant. | CASE NO.  C07-04230 BZ<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE PENDING PRIVATION MEDIATION**<br><br>Judge:    Honorable Bernard Zimmerman |

STIPULATION AND PROPOSED ORDER CONTINUING CMC CONFERENCE - CASE NO. 07-04230 BZ

1     WHEREAS, on August 17, 2007, Sherry Carr filed the above-captioned action
2 alleging that Defendant Shea Mortgage improperly classified its Loan Counselors as "exempt"
3 from premium overtime and other employment requirements;
4     WHEREAS, on August 17, 2007, this Court entered an Order setting the initial
5 case management conference for Monday, December 10, 2007, at 4:00 p.m. in Courtroom G, 15th
6 Floor. The Order further directed that, pursuant to Fed. R. Civ. Proc. 26, the parties file a Joint
7 Case Management Conference Statement and initial disclosures by December 3, 2007;
8     WHEREAS, on Monday December 3, 2007, the parties filed concurrently herewith
9 a Joint Case Management Conference Statement ("Joint CMC Statement"), which explains that
10 Plaintiff and Defendant have, through their counsel of record, agreed to attend a private
11 mediation, to be held in San Francisco, California on March 5, 2008 before professional mediator
12 David Rotman, Esq.;
13     WHEREAS, on December 3, 2007, the parties also filed a stipulation selecting
14 A.D.R. process, whereby Plaintiff and Defendant agreed to a stay of all formal discovery pending
15 the outcome of the March 5, 2008 mediation;
16     WHEREAS, pursuant to Civil L.R. 7-12 and 16-2(e), the parties respectfully
17 submit that continuing the date of the initial case management conference pending the parties'
18 private mediation would best preserve judicial resources and best foster the A.D.R. process;
19     WHEREAS, the parties therefore request that the Case Management Conference,
20 currently scheduled in this matter for December 10, 2007, be continued until a date in late March
21 or early April 2008, at which time the parties can report on the mediation and schedule
22 appropriate case management deadlines as needed and appropriate;
23     WHEREAS, the parties further agree that the parties will make their initial
24 disclosures pursuant to Rule 26(a) no later than December 17, 2007, one week after the current
25 date set for the case management conference;
26     NOW, THEREFORE, through their counsel, the parties stipulate to the entry of the
27 following order:
28     (1) The Case Management Conference scheduled in this matter for December 10

- 1 -    STIPULATION AND PROPOSED ORDER CONTINUING CMC CONFERENCE (CASE NO. C07-04230 BZ)

2007 shall be continued until a date in late March or early April 2008, pending the parties' private mediation, (2) the parties will make their initial disclosures pursuant to Rule 26(a) no later than December 17, 2007.

DATED: December __3_, 2007     SCOTT COLE AND ASSOCIATES, APC

By:_____/s/ Carrie S. Lin_____
                          CARRIE S. LIN

Attorneys for Plaintiff
SHERRY R. CARR

DATED: December __3_, 2007     MUNGER, TOLLES & OLSON LLP

By:_____/s/ Tyler A. Roozen_____
                          TYLER A. ROOZEN

Attorneys for Defendant
SHEA MORTGAGE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties' Initial Case Management Conference is continued until _____.

The parties' Rule (26)(a) initial disclosures shall be filed no later than December 17, 2007.

_____
United States Magistrate Judge

- 2 -    STIPULATION AND PROPOSED ORDER CONTINUING CMC CONFERENCE  (CASE NO.  C07-04230 BZ)