1  SCOTT EDWARD COLE (State Bar No. 160744)
   MATTHEW R. BAINER (State Bar No. 220972)
2  CARRIE S. LIN (State Bar No. 241849)
   SCOTT COLE & ASSOCIATES, APC
3  1970 Broadway, Ninth Floor
   Oakland, CA 94612
4  Telephone:    (510) 891-9800
   Facsimile:    (510) 891-7030
5  E-mail:       clin@scalow.com

6

7  Attorneys for Plaintiffs
   SHERRY R. CARR, individually, and on behalf of all
   others similarly situated
8

9  TERRY SANCHEZ (State Bar No. 101318)
   MALCOLM A. HEINICKE (State Bar No. 194174)
   TYLER ROOZEN (State Bar No. 248669)
10 MUNGER, TOLLES & OLSON LLP
   560 Mission Street
11 Twenty-Seventh Floor
   San Francisco, CA  94105
12 Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4001
13 E-mail:       Malcolm.Heinicke@mto.com

14

15 Attorneys for Defendant
   SHEA MORTGAGE INC.

16

17                   UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19

20 SHERRY R. CARR individually, and on        CASE NO.  C07-04230 BZ
   behalf of all others similarly situated,
21                                            **STIPULATION AND ~~PROPOSED~~ ORDER
                                              CONTINUING JOINT CASE**
22              Plaintiffs,                    **MANAGEMENT CONFERENCE**
                                              **PENDING PRIVATION MEDIATION**
23       vs.
                                              Judge:    Honorable Bernard Zimmerman
24 SHEA MORTGAGE, INC.,

25              Defendant.

26

27

28
   STIPULATION AND PROPOSED ORDER CONTINUING CMC CONFERENCE - CASE NO. 07-04230 BZ

1  WHEREAS, on August 17, 2007, Sherry Carr filed the above-captioned action

2  alleging that Defendant Shea Mortgage improperly classified its Loan Counselors as "exempt"

3  from premium overtime and other employment requirements;

4  WHEREAS, on August 17, 2007, this Court entered an Order setting the initial

5  case management conference for Monday,  December 10, 2007, at 4:00 p.m. in Courtroom G, 15th

6  Floor.  The Order further directed that, pursuant to Fed. R. Civ. Proc. 26,  the parties file a Joint

7  Case Management Conference Statement and initial disclosures by December 3, 2007;

8  WHEREAS, on Monday December 3, 2007, the parties filed concurrently herewith

9  a Joint Case Management Conference Statement ("Joint CMC Statement"), which explains that

10  Plaintiff and Defendant have, through their counsel of record, agreed to attend a private

11  mediation, to be held in San Francisco, California on March 5, 2008 before professional mediator

12  David Rotman, Esq.;

13  WHEREAS, on December 3, 2007, the parties also filed a stipulation selecting

14  A.D.R. process, whereby Plaintiff and Defendant agreed to a stay of all formal discovery pending

15  the outcome of the March 5, 2008 mediation;

16  WHEREAS, pursuant to Civil L.R. 7-12 and 16-2(e), the parties respectfully

17  submit that continuing the date of the initial case management conference pending the parties'

18  private mediation would best preserve judicial resources and best foster the A.D.R. process;

19  WHEREAS, the parties therefore request that the Case Management Conference,

20  currently scheduled in this matter for December 10, 2007, be continued until a date in late March

21  or early April 2008, at which time the parties can report on the mediation and schedule

22  appropriate case management deadlines as needed and appropriate;

23  WHEREAS, the parties further agree that the parties will make their initial

24  disclosures pursuant to Rule 26(a) no later than December 17, 2007, one week after the current

25  date set for the case management conference;

26  NOW, THEREFORE, through their counsel, the parties stipulate to the entry of the

27  following order:

28  (1) The Case Management Conference scheduled in this matter for December 10

- 1 -

1  2007 shall be continued until a date in late March or early April 2008, pending the parties' private

2  mediation, (2) the parties will make their initial disclosures pursuant to Rule 26(a) no later than

3  December 17, 2007.

4

5  DATED:  December __3_, 2007          SCOTT COLE AND ASSOCIATES, APC

6

7          By:_____/s/ Carrie S. Lin_____
                                   CARRIE S. LIN

8          Attorneys for Plaintiff
9          SHERRY R. CARR

10  DATED: December  __3_, 2007          MUNGER, TOLLES & OLSON LLP

11

12

13          By:_____/s/ Tyler A. Roozen_____
                                   TYLER A. ROOZEN

14          Attorneys for Defendant
15          SHEA MORTGAGE INC.

16

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20  The parties' Initial Case Management Conference is continued until _ March 24, 2008 at 4:00 p.m.

21  The parties' Rule (26)(a) initial disclosures shall be filed no later than December 17, 2007.

22

23

24  _____

25  United States Magistrate Judge

26

27

28

- 2 -          STIPULATION AND PROPOSED ORDER
               CONTINUING CMC CONFERENCE  (CASE
               NO.  C07-04230 BZ)