1  Scott Edward Cole, Esq. (S.B. #160744)
   Carrie S. Lin (S.B. # 241849)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile:  (510) 891-7030
   web:     www.scalaw.com
5
   Attorneys for Representative Plaintiff
6  and the Plaintiff Class

7  Malcolm A. Heinicke (S.B. # 194174)
   Tyler Roozen, Esq. (S.B. # 248669)
8  **MUNGER, TOLLES & OLSEN, LLP**
   560 Mission Street
9  Twenty Seventh Floor
   San Francisco, California 94105
10 Telephone: (415) 512-4000
   fax: (415) 512-4001
11 Email: Malcolm.Heinicke@mto.com

12 Attorneys for Defendant
   Shea Mortgage, Inc.
13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 SHERRY R. CARR, individually, and        ) Case No.: C07-4230 BZ
   on behalf of all others similarly situated, )
18                                           ) <u>CLASS</u> <u>ACTION</u>
                         Plaintiff,          )
19 v.                                        ) STIPULATION AND ~~PROPOSED~~ ORDER
                                             ) SELECTING A.D.R.  PROCESS
20                                           )
   SHEA MORTGAGE, INC.                       )
21                                           )
                         Defendant.          )
22 _____ )

23
       Counsel report that they have met and conferred regarding ADR and have reached
24
   the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
25
       The parties are amenable to participating in ADR, and hereby stipulate to private
26
27 mediation as the appropriate ADR process. The parties will meet and confer after the first
28

Case Management Conference regarding choice of mediator, and the date and location of the mediation. The parties further stipulate and agree to a stay of all formal discovery in this action pending the outcome of private mediation.

Dated: November 29, 2007

MUNGER, TOLLES & OLSON, LLP

By: _____
Malcolm A. Heinecke, Esq.
Attorneys for Defendant

Dated: November 29, 2007

SCOTT COLE & ASSOCIATES, APC

By: _____
Carrie S. Lin, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

This __4th__ day of __December__, 2007.

_____
United States District Court Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

- 2 -
Stipulation and Proposed Order Regarding ADR Process

Case Management Conference regarding choice of mediator, and the date and location of the mediation. The parties further stipulate and agree to a stay of all formal discovery in this action pending the outcome of private mediation.

Dated: November 29, 2007

**MUNGER, TOLLES & OLSON, LLP**

By: _____
Malcolm A. Heinecke, Esq.
Attorneys for Defendant

Dated: November 30, 2007

**SCOTT COLE & ASSOCIATES, APC**

By: _____
Carrie S. Lin, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

This _____ day of _____, 2007.

_____
United States District Court Judge