1  SCOTT EDWARD COLE (State Bar No. 160744)
   MATTHEW R. BAINER (State Bar No. 220972)
2  CARRIE S. LIN (State Bar No. 241849)
   SCOTT COLE & ASSOCIATES, APC
3  1970 Broadway, Ninth Floor
   Oakland, CA 94612
4  Telephone:  (510) 891-9800
   Facsimile:  (510) 891-7030
5  E-mail:     clin@scalow.com

6  Attorneys for Plaintiff TAMARA PARTRIDGE

7

   MALCOLM A. HEINICKE (State Bar No. 194174)
8  TYLER ROOZEN (State Bar No. 248669)
   MUNGER, TOLLES & OLSON LLP
9  560 Mission Street
   Twenty-Seventh Floor
10 San Francisco, CA  94105
   Telephone:  (415) 512-4000
11 Facsimile:  (415) 512-4001
   E-mail:     Malcolm.Heinicke@mto.com
12

13 Attorneys for Defendant
   SHEA MORTGAGE INC.
14

15

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18

19 | SHERRY R. CARR individually, and on behalf of all others similarly situated, | CASE NO. C07-04230 BZ |
|---|---|
20 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SUBSTITUTING TAMARA PARTRIDGE IN AS NAMED PLAINTIFF/PROPOSED CLASS REPRESENTATIVE** |
21 | vs. | |
22 | SHEA MORTGAGE INC., | |
23 | Defendant. | Judge:  Honorable Bernard Zimmerman |

WHEREAS the above-entitled action was pled as a putative class action on behalf of a proposed class of persons employed by Defendant Shea Mortgage, Inc. (hereinafter "Shea Mortgage") as Loan Counselors (sometimes also referred to as Loan Representatives) during the proposed class period, and the action alleges, *inter alia*, misclassification of putative class members as "exempt" employees, resulting in failure to pay overtime wages and failure to provide meal and rest breaks; and other remedies associated with alleged misclassification;

WHEREAS in a putative class action, one or more named plaintiffs brings the action and seeks to represent and act on behalf of the putative class;

WHEREAS the parties have conducted formal and informal discovery into the claims and defenses in this action;

WHEREAS pursuant to a stipulated case management order of this Court, the parties consented to and participated in private mediation on March 5, 2008 with respected employment mediator David Rotman, Esq.;

WHEREAS through hard-fought negotiations and with the considerable assistance of Mr. Rotman, putative Class Counsel Scott Cole & Associates, APC ("Class Counsel") and Shea Mortgage and its counsel arrived at a class-wide settlement agreement, which is conditioned on Court approval;

WHEREAS current Class Representative Sherry R. Carr has declined to accept the terms of the above-referenced settlement agreement for herself or on behalf of the class;

WHEREAS Class Counsel believes that the terms of the tentative settlement agreement are fair and reasonable, and should be presented to the proposed class;

WHEREAS Tamara Partridge is a member of the proposed class who has been apprised of the terms of the tentative settlement agreement, and has expressly agreed to the terms of this settlement;

WHEREAS Tamara Partridge has consented to be, and wishes to act as, the named plaintiff in this action, and is willing to serve as the putative Class Representative and will advocate for the settlement's approval on behalf of the class;

WHEREAS Tamara Partridge is represented by Class Counsel;

1  WHEREAS based on the foregoing representations, Shea Mortgage has consented to the substitution of Tamara Partridge as the new named plaintiff and proposed class representative in place of Sherry R. Carr;

4  WHEREAS as inherently recognized by this Court's March 19, 2008 Case Management Conference Order (Dckt. # 19) requiring the parties to submit a stipulation such as the instant pleading, district courts have the authority to, and commonly do, permit the sort of substitution proposed in situations such as the one at bar, *see, e.g., Olden v. LaFarge Corp.*, 472 F.Supp.2d 922, 937-39 (E.D. Mich. 2007); *Heit v. Van Ochten*, 126 F.Supp.2d 487, 494-95 (W.D. Mich. 2001);

10  WHEREAS this Court's March 19, 2008 Case Management Conference Order (Dckt. # 19) requires the parties to submit a stipulation effectuating the substitution of Tamara Partridge for Sherry R. Carr as the named plaintiff and proposed class representative no later than April 7, 2008;

14  WHEREAS per this Court's March 19, 2008 Case Management Conference Order (Dckt. # 19), Plaintiff Partridge plans to file a First Amended Complaint that will (1) reflect her substitution in as the named plaintiff and proposed representative plaintiff in this case, to wit replacing Sherry R. Carr as the named plaintiff and proposed representative plaintiff; and (2) add a claim for relief, i.e., a claim for failure to reimburse necessary business expenses;

19  WHEREAS Shea Mortgage stipulates to the filing of a First Amended Complaint consistent with the above, but in no way concedes any liability or prejudices its right to deny any or all such claims in any manner; and

22  WHEREAS Shea Mortgage will have thirty (30) to respond to the First Amended Complaint, unless the parties stipulate otherwise:

24  ///
25  ///
26  ///

1    IT IS THEREFORE STIPULATED AND AGREED, by and between the parties hereto through their attorneys of record, that the Court enter the proposed Order set forth below.

I, Malcolm A. Heinicke, attest that I have obtained concurrence from Scott Cole in the filing of this Stipulation and Proposed Order Substituting Tamara Partridge in as Named Plaintiff/Proposed Class Representative.  *See* N.D. Cal. General Order 45 § 10(B).

DATED:  April 3, 2008                        SCOTT COLE AND ASSOCIATES, APC

By*:* /s/ Scott Cole
        SCOTT COLE

Attorneys for Plaintiff
SHERRY R. CARR

DATED:  April 3, 2008                        MUNGER TOLLES AND OLSON LLP

By /s/ Malcolm A. Heinicke
        MALCOLM A. HEINICKE

Attorneys for Plaintiff
SHEA MORTGAGE INC.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS: Tamara Partridge is hereby substituted in as the named plaintiff and proposed class representative in this action, and Sherry R. Carr is removed from this position with no prejudice to her individual claims and no effect on her status as a member of the proposed class. All future filings in this case shall list Tamara Partridge as the plaintiff in the caption. No later than April 21, 2008, Plaintiff Tamara Partridge shall file a First Amended Complaint per the terms of this stipulation, and Shea Mortgage shall have thirty (30) to respond to the First Amended Complaint, unless the parties stipulate otherwise.

Dated: April 14, 2008         By: _____
                                  Hon. Bernard Zimmerman,
                                  United States Magistrate Judge

4764931.2



- 4 -

STIPULATION AND [PROPOSED] ORDER - CASE NO. C07-04230 BZ