SCOTT EDWARD COLE (State Bar No. 160744)
MATTHEW R. BAINER (State Bar No. 220972)
CARRIE S. LIN (State Bar No. 241849)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA 94612
Telephone:   (510) 891-9800
Facsimile:    (510) 891-7030
E-mail:        clin@scalow.com

Attorneys for Plaintiff
TAMARA PARTRIDGE, individually, and on behalf of
all others similarly situated

MALCOLM A. HEINICKE (State Bar No. 194174)
TYLER ROOZEN (State Bar No. 248669)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4001
E-mail:        Malcolm.Heinicke@mto.com

Attorneys for Defendant
SHEA MORTGAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PARTRIDGE individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHEA MORTGAGE INC.,<br><br>Defendant. | CASE NO.  C07-04230 BZ<br><br>**SECOND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Judge:   Honorable Bernard Zimmerman<br><br>DATE:   May 12, 2008<br>TIME:    4:00 p.m.<br>CTRM:   G, 15th Floor |

4884225.1

## SECOND SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

The parties jointly submit this Second Supplemental Joint Case Management Statement and Proposed Order pursuant to Local Civil Rule 16-9, which supplements the parties' initial Case Management Statement, filed on December 3, 2008, and their Supplemental Joint Case Management Statement, filed on March 17, 2008.[1]

On March 5, 2008 the parties participated in a private mediation with respected employment mediator David Rotman, Esq. Through hard-fought negotiations and with the considerable assistance of Mr. Rotman, putative Class Counsel Scott Cole & Associates, APC ("Class Counsel") and Shea Mortgage and its counsel arrived at a class-wide settlement agreement, which is conditioned on Court approval.

On March 19, 2008, pursuant to the parties' Supplemental Joint Case Management Statement, the Court issued an Order requiring the parties to submit a stipulation and First Amended Complaint effectuating the substitution of Tamara Partridge for Sherry R. Carr as the named plaintiff and proposed class representative in this action. The parties complied with the order and filed the stipulation and First Amended Complaint. The Court, in turn, issued a second order permitting the substitution of Ms. Partridge.

Shortly thereafter, Plaintiff Partridge, Class Counsel and Shea Mortgage executed a term sheet agreement reflecting the settlement reached at the March 5, 2008 mediation before Mr. Rotman. The settlement reached, if approved by this Court, will result in a class-wide settlement and the resolution and dismissal of this litigation. Class Counsel and counsel for Shea Mortgage are currently in the process of drafting a formal settlement agreement reflecting the agreement reached at the March 5, 2008 mediation session and an associated motion for preliminary approval of the settlement, which they intend to file no later than May 30, 2008 or, in the alternative, file a joint report as to why they have not yet done so.

///

///

---

[1] The parties' incorporate by reference their joint CMC statements of December 3, 2007 and March 17, 2008.

I, Tyler Roozen, attest that I have obtained concurrence from Scott Cole in the filing of this Second Supplemental Joint Case Management Statement and Proposed Order. *See* N.D. Cal. General Order 45 § 10(B).

DATED: May 6, 2008                    SCOTT COLE AND ASSOCIATES, APC


By /s/ Carrie S. Lin
    CARRIE S. LIN

Attorneys for Plaintiff
TAMARA PARTRIDGE


DATED: May 6, 2008                    MUNGER TOLLES AND OLSON LLP


By /s/ Tyler Roozen
    TYLER ROOZEN

Attorneys for Plaintiff
SHEA MORTGAGE INC.

[PROPOSED] CASE MANAGEMENT ORDER

The Case Management Statement and [Proposed] Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. No later than May 30, 2008, the parties will file a joint motion for preliminary approval of settlement or, in the alternative, file a joint report as to why they have not yet done so.

Dated: _____, 2008        By: _____
                                    Hon. Bernard Zimmerman,
                                    United States Magistrate Judge