SCOTT EDWARD COLE (State Bar No. 160744)
MATTHEW R. BAINER (State Bar No. 220972)
CARRIE S. LINN (State Bar No. 241849)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA 94612
Telephone:   (510) 891-9800
Facsimile:   (510) 891-7030
E-mail:      clin@scalaw.com

Attorneys for Plaintiff TAMARA PARTRIDGE


MALCOLM A. HEINICKE (State Bar No. 194174)
TYLER ROOZEN (State Bar No. 248669)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4001
E-mail:      Malcolm.Heinicke@mto.com


Attorneys for Defendant
SHEA MORTGAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PARTRIDGE individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHEA MORTGAGE INC.,<br><br>Defendant. | CASE NO.  C07-04230 BZ<br><br>**JOINT REPORT AND [PROPOSED] ORDER REGARDING JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Honorable Bernard Zimmerman |

5203114.1

1  WHEREAS on May 7, 2008, the parties in the above entitled action filed a
2  supplemental joint case management statement explaining that, during a mediation session held
3  on March 5, 2008, they had reached a class-wide settlement;

4  WHEREAS pursuant to a stipulated case management order, this Court ordered
5  the parties to file, by no later than May 30, 2008, a joint motion for preliminary approval of the
6  settlement or a joint report as to why they had not yet done so;

7  WHEREAS the parties have now exchanged initial drafts of the formal stipulation
8  of settlement reflecting the agreement reached at the March 5, 2008 mediation session and the
9  accompanying motion for preliminary approval, but are continuing to discuss and finalize those
10  documents;

11  WHEREAS the parties have agreed to meet and confer on Monday, June 2, 2008,
12  in the hope of finalizing those documents;

13  WHEREAS the parties currently intend to file, no later than June 18, 2008, a joint
14  motion for preliminary approval, and notice the motion for a hearing date of July 23, 2008;

15  WHEREAS if the parties finalize the settlement and motion for preliminary
16  approval prior to or on June 11, 2008, they will file the motion at that time, and notice the motion
17  for a hearing date of July 16, 2008;

18  IT IS THEREFORE STIPULATED AND AGREED, by and between the parties
19  hereto through their attorneys of record, that the Court enter the proposed Order set forth below.

20

21  I, Tyler A. Roozen, attest that I have obtained concurrence from Carrie S. Lin in
22  the filing of this Stipulation and Proposed Order Regarding Joint Motion for Preliminary
23  Approval of Class/Collective Action Settlement and Continuing Case Management Conference.
24  *See* N.D. Cal. General Order 45 § 10(B).

25

26

27

28

5203114.1                                    - 1 -
JOINT REPORT AND [PROPOSED] ORDER RE SETTLEMENT - CASE NO. C07-04230 BZ

| | | |
|---|---|---|
| 1 | DATED: May 30, 2008 | SCOTT COLE AND ASSOCIATES, APC |

By: /s/ Carrie S. Lin
       CARRIE S. LIN

Attorneys for Plaintiff
TAMARA PARTRIDGE

DATED: May 30, 2008    MUNGER TOLLES AND OLSON LLP

By /s/ Tyler A. Roozen
      TYLER A. ROOZEN

Attorneys for Plaintiff
SHEA MORTGAGE INC.

**[PROPOSED] ORDER**

THE COURT HEREBY ORDERS AS FOLLOWS:  No later than June 18, 2008, the parties shall file a motion for preliminary approval of settlement or, in the alternative, a joint report as to why they not yet done so.

Dated: _____, 2008         By: _____
                                    Hon. Bernard Zimmerman,
                                    United States Magistrate Judge