1    SCOTT EDWARD COLE (State Bar No. 160744)
     MATTHEW R. BAINER (State Bar No. 220972)
2    CARRIE S. LINN (State Bar No. 241849)
     SCOTT COLE & ASSOCIATES, APC
3    1970 Broadway, Ninth Floor
     Oakland, CA 94612
4    Telephone:    (510) 891-9800
     Facsimile:    (510) 891-7030
5    E-mail:       clin@scalaw.com

6    Attorneys for Plaintiff TAMARA PARTRIDGE

7

8    MALCOLM A. HEINICKE (State Bar No. 194174)
     TYLER ROOZEN (State Bar No. 248669)
9    MUNGER, TOLLES & OLSON LLP
     560 Mission Street
10   Twenty-Seventh Floor
     San Francisco, CA  94105
11   Telephone:    (415) 512-4000
     Facsimile:    (415) 512-4001
12   E-mail:       Malcolm.Heinicke@mto.com

13   Attorneys for Defendant
     SHEA MORTGAGE INC.
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18

19   TAMARA PARTRIDGE individually, and      CASE NO.  C07-04230 BZ
     on behalf of all others similarly situated,
20                                           **JOINT REPORT AND [~~PROPOSED~~]
                    Plaintiffs,              ORDER REGARDING JOINT MOTION
21                                           FOR PRELIMINARY APPROVAL OF
            vs.                              CLASS/COLLECTIVE ACTION
22                                           SETTLEMENT AND CONTINUING CASE
     SHEA MORTGAGE INC.,                     MANAGEMENT CONFERENCE**
23
                    Defendant.              Judge:    Honorable Bernard Zimmerman
24

25

26

27

28

5203114.1

1    WHEREAS on May 7, 2008, the parties in the above entitled action filed a

2    supplemental joint case management statement explaining that, during a mediation session held

3    on March 5, 2008, they had reached a class-wide settlement;

4    WHEREAS pursuant to a stipulated case management order, this Court ordered

5    the parties to file, by no later than May 30, 2008, a joint motion for preliminary approval of the

6    settlement or a joint report as to why they had not yet done so;

7    WHEREAS the parties have now exchanged initial drafts of the formal stipulation

8    of settlement reflecting the agreement reached at the March 5, 2008 mediation session and the

9    accompanying motion for preliminary approval, but are continuing to discuss and finalize those

10    documents;

11    WHEREAS the parties have agreed to meet and confer on Monday, June 2, 2008,

12    in  the hope of finalizing those documents;

13    WHEREAS the parties currently intend to file, no later than June 18, 2008, a joint

14    motion for preliminary approval, and notice the motion for a hearing date of July 23, 2008;

15    WHEREAS if the parties finalize the settlement and motion for preliminary

16    approval prior to or on June 11, 2008, they will file the motion at that time, and notice the motion

17    for a hearing date of July 16, 2008;

18    IT IS THEREFORE STIPULATED AND AGREED, by and between the parties

19    hereto through their attorneys of record, that the Court enter the proposed Order set forth below.

20

21    I, Tyler A. Roozen, attest that I have obtained concurrence from Carrie S. Lin in

22    the filing of this Stipulation and Proposed Order Regarding Joint Motion for Preliminary

23    Approval of Class/Collective Action Settlement and Continuing Case Management Conference.

24    *See* N.D. Cal. General Order 45 § 10(B).

25

26

27

28

1    DATED:  May 30, 2008                    SCOTT COLE AND ASSOCIATES, APC

2

3                                            By: /s/ Carrie S. Lin_____
                                                   CARRIE S. LIN
4
                                             Attorneys for Plaintiff
5                                            TAMARA PARTRIDGE

6

7    DATED:  May 30, 2008                    MUNGER TOLLES AND OLSON LLP

8

9                                            By /s/ Tyler A. Roozen_____
                                                   TYLER A. ROOZEN
10

11                                           Attorneys for Plaintiff
                                             SHEA MORTGAGE INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2          THE COURT HEREBY ORDERS AS FOLLOWS:  No later than June 18, 2008,

3    the parties shall file a motion for preliminary approval of settlement or, in the alternative, a joint

4    report as to why they not yet done so.

5

6

7    Dated: _June 2nd_, 2008          By: _____

8                                              Hon. Bernard Zimmerman,
                                               United States Magistrate Judge

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28