1  SCOTT EDWARD COLE (SBN 160744)
   MATTHEW R. BAINER (SBN 220972)
2  CARRIE S. LIN (SBN 241849)
   SCOTT COLE & ASSOCIATES, APC
3  1970 Broadway, Ninth Floor
   Oakland, CA 94612
4  Telephone:    (510) 891-9800
   Facsimile:    (510) 891-7030
5  E-mail:       clin@scalow.com

6  Attorneys for Plaintiff
   TAMARA PARTRIDGE, individually,
7  and on behalf of all others similarly situated

8  MALCOLM A. HEINICKE (SBN 194174)
   TYLER ROOZEN (SBN 248669)
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
10 Twenty-Seventh Floor
   San Francisco, CA 94105
11 Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4001
12 E-mail:       Malcolm.Heinicke@mto.com

13

   Attorneys for Defendant
14 SHEA MORTGAGE INC.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| TAMARA PARTRIDGE individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHEA MORTGAGE INC.,<br><br>Defendant. | CASE NO. CASE NO. C 07-04230 BZ<br><br>**DECLARATION OF MEDIATOR DAVID ROTMAN IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE:  July 16, 2008<br>TIME:  10:00 a.m.<br>CTRM:  G<br><br>**THE HONORABLE BERNARD ZIMMERMAN** |

5050683.1

ROTMAN DECL ISO JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT  C 07-04230 BZ

I, DAVID A. ROTMAN, declare as follows:

I served as the mediator in the above-captioned matter, and unless otherwise stated, I am fully familiar with, and have personal knowledge of, the matters set forth in this declaration:

1. I am an inactive member of the State Bar of California, and I am currently a member of the mediation firm of Gregorio, Haldeman, Piazza, Rotman & Frank, located in San Francisco, California.

2. Since joining Gregorio, Haldeman, Piazza, Rotman & Frank as a professional mediator in 1990, I have successfully mediated numerous employment disputes of all types, including over 200 wage and hour class actions, the majority of which involved the application of California wage and hour laws. For nearly twenty (20) years prior to joining Gregorio, Haldeman, Piazza, Rotman & Frank, I practiced law as a lawyer with the firm of Pillsbury, Madison & Sutro in San Francisco, where I initially practiced general litigation and eventually focused on employment matters.

3. Counsel for both parties retained my services as a mediator in this matter. The parties and I scheduled a mediation session for March 5, 2008. Prior to this session, the parties submitted mediation statements to me as well as supporting documents. From these submissions, it was clear to me that counsel for the parties understood their respective cases as well as the applicable law. It is my understanding that, in preparation for the mediation, counsel for the parties exchanged considerable factual information with one another.

4. Throughout the March 5, 2008 mediation session, the parties gained a better understanding of their respective positions. At the conclusion of the session, which comprised a full day of negotiations, a tentative settlement was reached, and the parties executed a "term sheet" agreement.

5. I am familiar with and have had extensive past dealings with counsel for the Plaintiff and counsel for the Defendant. They are experienced in employment matters, and wage and hour matters in particular.

6. During the mediation sessions in this case, many difficult legal and factual issues were discussed and resolved between the parties. The settlement reached between the parties was the product of extensive, hard-fought and arms-length adversarial negotiations between the parties.

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct, and that this declaration was executed this 19th day of May 2008, in San Franc. County, California.

By: /s/ David A. Rotman

DAVID A. ROTMAN

- 2 -
5050683.1

ROTMAN DECL ISO JOINT MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT C 07-04230 BZ