1  Scott Edward Cole, Esq. (S.B. #160744)
   Matthew R. Bainer, Esq. (S.B. #220972)
2  Carrie S. Lin, Esq. (S.B. #241849)
   **SCOTT COLE & ASSOCIATES, APC**
3  1970 Broadway, Ninth Floor
   Oakland, California 94612
4  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
5  web: www.scalaw.com

6  Attorneys for Representative Plaintiffs
   and the Plaintiff Class

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  TAMARA PARTRIDGE individually,      )    **Case No.: C 07-04230**
    and on behalf of all others similarly )
12  situated,                            )    **CLASS ACTION**
                                         )
13                      Plaintiffs,      )    **DECLARATION OF CARRIE S. LIN IN**
                                         )    **SUPPORT OF JOINT MOTION FOR**
    vs.                                  )    **PRELIMINARY APPROVAL OF CLASS**
14                                       )    **ACTION SETTLEMENT**
15  SHEA MORTGAGE, INC.,                 )
                                         )
                       Defendant.        )    Date:        July 23, 2008
16                                       )    Time:        10:00 a.m.
                                         )    Courtroom:   G, 15th Floor
17  _____ )    Judge:       Hon. Bernard Zimmerman

18

19      I, CARRIE S. LIN, declare:

20      1.      I am an attorney-at-law, licensed to practice in the Northern District of California, and

21  am an associate at the law offices of Scott Cole & Associates, APC, attorneys-of-record for the

22  Plaintiff Class in the above-entitled action.

23      2.      I make these statements based on personal knowledge, would so testify if called as

24  a witness and have personal knowledge of the following.

25      3.      I make this Declaration in support of the parties' Joint Motion for an Order

26  preliminarily approving the Class Action Settlement.

27

28

1 │ Amended Complaint.

2 │     10.    The proposed settlement provides that Shea Mortgage will create a settlement

3 │ fund of $395,000.00 to compensate the class members and pay attorneys' fees, reimbursement of

4 │ costs and Plaintiff's incentive award. Plaintiff's counsel will request, and Shea Mortgage will not

5 │ oppose, an attorneys' fee and costs award of 30% of the common fund, i.e. $118,500.00.

6 │ Plaintiffs' counsel will also request, and Shea Mortgage will not oppose, an enhancement award

7 │ to Representative Plaintiff of $15,000 for her services to the class.

8 │     11.    The settlement provides that class members will share the net settlement fund on a

9 │ pro rata basis, determined by the number of weeks each worked as a member of the plaintiff class

10 │ during the class period.

11 │

12 │ CLASS COUNSEL

13 │     12.    My firm, Scott Cole & Associates, APC ("SCA") is devoted almost exclusively to

14 │ the prosecution of wage and hour class action matters such as this. SCA has prosecuted scores of

15 │ class actions in either a lead or co-lead capacity, some of which are identified in the firm's

16 │ professional resume (attached hereto as Exhibit A), and has recovered hundreds of millions of

17 │ dollars on behalf of hundreds of thousands of class members during its fifteen years of operation.

18 │ The vast majority of these cases involved exactly the same legal issues that are present in this

19 │ litigation.

20 │     13.    As a law firm devoted to prosecuting wage and hour class actions, we have

21 │ written articles on the legal issues in dispute in this litigation, and have regular contact with other

22 │ wage and hour practitioners dealing with unpaid wage and meal and rest period claims, many of

23 │ whom have consulted with and/or retained us to provide expert services regarding these topics.

24 │ As such, we have diverse and extensive experience from which to draw upon to evaluate the

25 │ settlement potential of the cases we prosecute.

26 │     14.    Such experience has allowed SCA to recover for our clients some of the highest

27 │ dollar-per-workweek settlements ever achieved in such cases, sometimes in the hundreds of

28 │ dollars per workweek per class member. These facts demonstrate that we are dedicated to

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

## FAIRNESS AND ADEQUACY OF THE PROPOSED SETTLEMENT

4.    We have assessed the risks and inherent delays if we were to continue with this litigation. In my professional opinion, given the underlying facts weighed against the significant concern about proving liability and/or damages, the proposed settlement is fair, reasonable and adequate.

5.    The parties have conducted significant investigations directed to issues regarding the suitability of the Representative Plaintiff's claims for class treatment, and other class certification issues. Class counsel believes that the claims of the class representative arise from the same facts and are based on the same legal issues as those applicable to the class as a whole. The parties have engaged in arm's-length settlement discussions, endeavoring to resolve this matter without protracted litigation and discovery. The process has been involved and thorough, placing the parties in a fair position to evaluate the merits and value of this lawsuit.

6.    In my opinion, there is no conflict between plaintiff Tamara Partridge and the plaintiff class. Ms. Partridge presents no additional legal claims, acted responsibly during the course of the litigation, and fulfilled her duty as class representative.

7.    Prior to attending mediation, I was contacted by current Representative Plaintiff Tamara Partridge (then a putative class member) in relation to the underlying matter.

8.    Over the course of several weeks, I communicated extensively with Ms. Partridge regarding her work at Shea Mortgage as a Loan Counselor. In addition to providing a signed declaration for use at mediation, Ms. Partridge provided other relevant documents relating to her work at Shea Mortgage, and identified additional causes of action and theories of recovery for the class. In particular, Ms. Partridge first identified a possible cause of action for un-reimbursed business expenses, and the requirement that putative class members remain "on-call" throughout the day.

## TERMS OF THE SETTLEMENT AGREEMENT

9.    The proposed Settlement resolves Representative Plaintiff Tamara Partridge and class members' claims against Shea Mortgage relating to the causes of action in Plaintiff's First

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1  obtaining the very best results in the cases we litigate.

2

3                        ON-LINE CLAIMS SUBMISSIONS

4       15.    Class counsel has incorporated on-line claims submissions as a feature in other

5  class action settlements. In our experience, when given the chance, up to a quarter of class

6  members will submit claims on-line.

7       16.    For example, in one recent class action settlement involving missed meal and rest

8  breaks for hourly employees of a fast food retail chain, class counsel incorporated an on-line

9  claims feature, in addition to a mailed claims feature, as part of the settlement claims process.  In

10  that action, approximately 8,961 class members submitted claims. Of that number, approximately

11  1,873 class members submitted claims on-line.

12      17.    Class counsel has reason to believe that the percentage of class members who

13  submit on-line claims would be even higher in this case. Putative class members are current and

14  former Loan Counselors who predominantly work in an office setting, and, as such, have regular

15  access to email and the internet, and use both email and the internet on a daily basis.

16

17       I declare, under penalty of perjury under the laws of the State of California that the

18  foregoing is true and correct, is based completely on personal knowledge and if called as a

19  witness I could and would competently testify thereto.

20

21       Executed on this 18th day of June 2008, at Oakland, California.

22

23                                    /s/ Carrie S. Lin
                                      Carrie S. Lin, Esq.

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800