# EXHIBIT A

# Scott Cole & Associates, APC
Firm Resume & Overview

## Introduction:

Scott Cole & Associates, APC ("SCA") represents workers in employment class action litigation, addressing overtime pay, unfair bonuses, meal/rest period and uniform/reimbursement, among other, claims. Scott Cole founded the predecessor law firm to SCA in 1992 and has devoted the firm primarily to employment law matters and, since 2000, to overtime pay class actions. The members of SCA have extensive experience prosecuting wage payment and other forms of class/complex actions, both in a sole counsel capacity and in leadership positions, sometimes among several firms, in California and nation-wide litigation, have published articles dealing with wage and hour law as well as class action litigation and procedure, have spoken publically on topics related to wage and hour law, have served as consulting experts and have otherwise established themselves as outstanding advocates in this niche of the legal profession. Over the years, the firm has recovered hundreds of millions of dollars to hundreds of thousands of plaintiffs and achieved the correction of unlawful employment practices at companies of all sizes and in virtually every industry imaginable.

## Attorney Backgrounds, Education and Professional Affiliations:

### Scott Edward Cole, Esq.
Born December 28, 1965 at San Pablo, California. San Francisco State University, B.A., Speech Communications (Individual Major in Rhetoric), 1989, Minor Study in Business Administration, 1989; University of San Francisco School of Law, J.D., 1992; President, University of San Francisco Labor & Employment Law Society; Admitted, California State Bar, December 1992; Member, California State Bar Labor and Employment Law Section, 1993-present; Admitted, United States District Court (Northern District), December 1992; Admitted, United States Court of Appeals (9th Circuit), March 1993; Admitted, United States District Court (Eastern District), July 1995; Admitted, United States District Court (Central District), 2005; Admitted, United States District Court (Southern District), 2005. National Association of Securities Dealers (Registered Representative [Series 7], 1987-1989). Member/Referral Attorney, Animal Legal Defense Fund (1998-2000). Member, Board of Directors, American Synergy Center (2001). Member, Association of Trial Lawyers of America (2005-present). Member, California Employment Lawyers Association (2005-present). Member, American Bar Association (2007-present).

### Matthew R. Bainer, Esq.
Born March 27, 1976 in Riverside California. University of California. B.A., American Studies, 1999, Minor Study in City Planning; University of San Francisco School of Law, J.D., 2002; Managing Editor, University of San Francisco Maritime Law Journal, 2001-2002; Admitted, California State Bar, December 2002; Admitted, United States District Court (Northern District), 2003; Admitted, United States Court of Appeal for the Ninth Circuit, 2003; Member, California State Bar Labor and Employment Section 2003-present.

Kevin Robert Allen, Esq.
Born February 27, 1977 in Mountain View, CA. University of California, Los Angeles, B.A., English 1999; University of Santa Clara, School of Law, J.D., 2005 (top 10% of class); Technical Editor, Santa Clara Law Review, 2004-2005; Admitted, California State Bar, November 2005; Admitted, United States District Court (Northern District), 2006. Member, ExCom 2006-2007, Alameda County Bar Association, 2006-present.

Carrie S. Lin, Esq.
Born June 28, 1979, in Nashville, TN. New York University, B.A., Comparative Literature, 2001; Hastings College of the Law, J.D. 2005; Admitted, California State Bar, March 2006; Admitted, United States Court of Appeals (9th Circuit), September 2007; Admitted, United States District Court (Northern District), 2007.

## SCA Scholarly Publications:

Scott Edward Cole & Matthew Roland Bainer, *The Quest for Class Certification*, Employment Law Strategist (Sept. & Oct. 2003)

Scott Edward Cole & Matthew Roland Bainer, *To Be or Not to Be a Penalty: Defining the Recovery Under California's Meal and Rest Period Provisions*, Golden Gate U. L. Rev. (Spring 2005)

Scott Edward Cole & Matthew Roland Bainer, *To Certify or Not to Certify: A Circuit-By-Circuit Primer of the Varying Standards for Class Certification in Actions under the Federal Labors Standards Act*, B.U. Pub. Int. L.J. (Spring 2004)

## Representative Class Action/Complex Litigation Matters:

Scott Cole & Associates, APC has represented tens of thousands of individuals in hundreds of legal matters, including scores of class actions and/or complex litigation cases. While the firm has experience (including bench and jury trial and appellate experience) in environmental, business and personal injury matters, nowadays, SCA is devoted to the prosecution of class action wage & hour matters, just a sampling of which are listed below. We are currently investigating wage and hour violations by numerous companies and are prepared to prosecute these as California State, California Federal and/or Federal Inter-District cases. By no means a comprehensive list of our class action experience, examples of the types of cases we litigate include:

**Employment Class Action Litigation Experience:**

1. <u>Blakeman, et al. v Guardian Life Insurance Co., et al.</u>
   Scott Cole & Associates filed this class action on behalf of the company's Financial Representatives to recover overtime pay and related penalties, meal and rest period wages and reimbursement for business-related expenses.

2. <u>Brandt, et al. v California State Automobile Association, et al.</u>
   This wage and hour class action was brought on behalf of all Nevada claims adjusters working for CSAA between January 1997 and the present. This lawsuit alleged that, during these years, CSAA mis-classified these workers as exempt "administrators" and refused to pay them for overtime hours worked and fraudulently promised to pay them overtime compensation upon settlement of a companion case (<u>Thomas, et al. v. Cal. State Auto. Assoc.</u>, below). We served as co-counsel, *pro hac vice*, for the proposed class of employees in this matter. This action has settled.

3. <u>Bulow v Wells Fargo Investments, LLC</u>
   This matter was filed as a nation-wide class action against Wells Fargo Investments, on behalf of its Financial Consultants to recover overtime pay, compensation for denied meal and rest periods (California only) and reimbursement for business related service and supply expenses (California only).

4. <u>Cano, et al. v United Parcel Service, Inc.</u>
   This wage and hour complex litigation matter involved the alleged mis-classification of overtime non-exempt Operations Management Specialists, Operational Excellence Specialists and/or Industrial Engineering Specialist at this company's California facilities. This action settled in 2004 for $4.5 million.

5. <u>Castro, et al. v Alliance International Security, Inc., et al.</u>
   Scott Cole & Associates filed this class action on behalf of the company's California non-exempt security guards for alleged violations of California law for the denial of meal and/or rest periods.

6. <u>Chaidez, et al. v Odwalla, Inc.</u>
   This wage and hour complex litigation matter involved the alleged mis-classification of overtime non-exempt California Route Sales Representatives. We served as primary counsel for this proposed class of employees. This action has settled.

7. <u>Chatellier, et al. v The White House/Black Market Stores Inc.</u>
   This lawsuit involved claims against this retail clothing store for violations of California law for failure to pay overtime to its Store Managers as well as for the alleged denial of meal and rest periods. The settlement achieved in this action represented one of the highest per-workweek wage and hour settlements at the time.

- 3 -
SCOTT COLE & ASSOCIATES, APC - FIRM RESUME & OVERVIEW

8. <u>Christman, et al. v Good Guys, Inc., et al.</u>
   This legal action alleged violations of California law for unpaid overtime wages and for failure to provide rest and meal periods. In this settled action, we brought claims on behalf of multiple employee classifications.

9. <u>CKE Overtime Cases</u>
   This class action was brought against fast food chain Carl's Jr. for violations of California's overtime laws on behalf of the company's California restaurant chain Managers. The coordinated litigation settled for up to $9.0 million in 2004.

10. <u>Davis, et al. v American Commercial Security Service, Inc., et al.</u>
    Scott Cole & Associates, APC filed a claim against American Commercial Security Services, Inc. for violations of California law for denial of meal and rest periods toward security guards.

11. <u>Despres (Cornn), et al. v United Parcel Service, Inc.</u>
    This wage and hour class action litigation was brought to remedy violations of meal and rest period regulations on behalf of the company's California ground delivery drivers. We served as co-counsel for the certified class of drivers. This action settled for $87 Million, an unprecedented settlement amount for such claims.

12. <u>Egan, et al. v Bank of the West, et al.</u>
    This lawsuit alleges violations of California law for failure to pay overtime to Bank of the West's California Branch Managers. It is also alleged that the company denied these managers rest and meal periods.

13. <u>Escow-Fulton, et al. v Sports and Fitness Clubs of America</u>
    Scott Cole & Associates filed this class action against this health and fitness company on behalf of the company's California "Group X" Instructors to recover regular and overtime pay, related penalties and un-reimbursed expenses.

14. <u>Fakhro, et al. v Turner's Outdoors, Inc, et al.</u>
    This lawsuit alleges violations of California law for failure to pay overtime to the company's California Store Managers. It is also alleged that the company denied these managers rest and meal periods.

15. <u>Fletcher v. Bankers Life And Casualty Company</u>
    This class action was filed on behalf of the company's California Sales Representatives to recover overtime pay, compensation for denied meal and rest periods and reimbursement for business expenses.

16. <u>Gintz, et al. v Jack-In-The-Box, Inc., et al.</u>
    This lawsuit alleged that this fast food chain's company-owned restaurants in California violated meal and rest break laws against night crew workers. This action

settled for $8 million.

17. <u>Gonzales, et al. v Bank of the West, et al.</u>
Scott Cole & Associates filed this class action on behalf of the company's California non-exempt employees for alleged violations of California law for the denial of meal and/or rest periods.

18. <u>Grindstaff, et al. v Kohl's Department Stores, Inc.</u>
This action alleged violations of California law for failure to pay overtime to assistant store managers. It was also alleged that the company denied its assistant store managers rest and meal periods.

19. <u>Holm, et al. v Borders, Inc., et al.</u>
Scott Cole & Associates, APC served as counsel for the proposed class against this retail chain for violation of California law for failure to pay Inventory and/or Sales Managers overtime wages. It was also alleged that the proposed class had been denied rest and meal periods. This matter settled in 2007 for $3.5 million.

20. <u>Ingraham v. Orchard Supply Hardware, Corp.</u>
Scott Cole & Associates filed this matter on behalf of all company employees who were forced to maintain, as a condition of employment, a company-issued uniform. This class action also seeks recovery of unpaid wages, compensation for the improper denial of overtime pay and for missed meal and rest periods. This matter has tentatively settled.

21. <u>Johnson, et al. v Ameriprise Financial Services, Inc.</u>
Scott Cole & Associates filed this class action on behalf of the company's California "Independent Advisors" to recover overtime pay and related penalties, meal and rest period wages and reimbursement for business-related expenses.

22. <u>Kelly, et al. v Walgreen Co.</u>
Scott Cole & Associates, APC filed an action against this retailer on behalf of employees who were allegedly subject to security searches for which they were not compensated, in violation of California law. Also alleged was that the company denied these employees rest and meal periods.

23. <u>Kelley v. The Sleep Train, Inc.</u>
This class action was filed on behalf of the company's Sales Associates to recover unpaid wages and compensation for missed meal & rest periods.

24. <u>Kevari, et al. v Charles Schwab & Co, Inc., et al.</u>
Scott Cole & Associates filed this class action on behalf of the company's California Branch Client Service Specialists to recover overtime pay and related penalties plus meal and rest period wages.

25. <u>Kullar, et al. v Foot Locker, Inc.</u>
    This action was brought against this sporting retailer on behalf of California employees who were allegedly forced to purchase shoes of a distinctive color or design as a term and condition of their employment and in violation of state law. This action settled in 2007 for $2.0 million.

26. <u>Kullar, et al. v Tully's Coffee Corporation, et al.</u>
    Scott Cole & Associates filed this class action on behalf of the company's California non-exempt employees to recover unpaid wages and related penalties.

27. <u>Kurihara, et al. v Best Buy Co., Inc.</u>
    We filed an action against this retailer on behalf of employees who were allegedly subject to security searches for which they were not compensated, in violation of California law. It was also alleged that the company has denied these employees rest and meal periods. In 2007, the Court certified a class of over 16,000 Best Buy employees.

28. <u>Mambuki, et al. v Securitas Security Services USA, Inc., et al.</u>
    Scott Cole & Associates, APC filed a claim against this defendant for violations of California law (for denial of meal and rest periods) on behalf of the company's California-based security guards.

29. <u>McFann, et al. v Volt Telecommunications Group, Inc.</u>
    Scott Cole & Associates, APC filed this action on behalf of company field technicians to recover reimbursement for business-related expenses and for unpaid wages.

30. <u>Menchyk, et al. v Beverages & More, Inc.</u>
    Scott Cole & Associates, APC filed this action for violations of California law for unpaid overtime wages and for failure to provide meal and rest periods. Although a small putative class (98 class members), it settled for $1.2 Million, representing one of the highest per-workweek settlements in California at the time.

31. <u>Moore, et al. v Albertsons Inc.</u>
    Scott Cole & Associates, APC filed this action for violations of California's overtime laws on behalf of the company's California Drug Managers. This action settled for $2.35 Million, again representing one of highest per-workweek settlements in the state at the time.

32. <u>O'Brien v. Edward D. Jones & Co., LP.</u>
    We filed a nation-wide (and New York State) class action against this financial securities company on behalf of the company's financial services representatives to recover overtime pay and related penalties. We served on a Lead Counsel Committee in this action, which settled in 2007 for $19 million.

33. <u>O'Hara, et al. v. Factory 2-U Stores, Inc.</u>
    This class action, filed in 2000, alleged mis-classification of Factory 2-U's California Store Managers and Assistant Store Managers as exempt from overtime pay. In 2001, the Alameda County Superior Court certified two sub-classes (Managers and Assistant Managers) and, in 2002, granted final approval to a settlement of the action for $2 million.

34. <u>Partridge, et al. v Shea Mortgage, Inc.</u>
    This matter was filed on behalf of Shea Mortgage's Loan Counselors to recover overtime pay and related penalties.

35. <u>Ramirez, et al. v. The Coca Cola Company, et al.</u>
    This is one of two companion actions we prosecuted against this soft drink giant for violations of California's overtime laws. This action was brought on behalf of over 4,000 hourly workers at the company's bottling, distribution and sales centers who were allegedly forced to work "off-the-clock" for Coca Cola and/or whose time records were ordered modified by the company. This well-publicized action settled for $12 Million and on very favorable terms for the claimants. We filed the first action on these issues and ultimately worked with co-counsel for the proposed class of workers.

36. <u>Rowe, et al v California Commerce Casino, Inc.</u>
    Scott Cole & Associates, APC filed a claim against this casino for violations of California law for failure to pay overtime to their dealers. Additionally, it was alleged that the casino demanded that its dealers pay a portion of their wages into a "tip pool" from which the supervisors (who had authority over the dealers) drew extra income.

37. <u>Runnings, et al. v Dollar Tree Stores, Inc.</u>
    This lawsuit alleged violations of California law for failure to pay overtime to Dollar Tree's California store managers. It was also alleged that the company denied these managers rest and meal periods. This lawsuit was the second case we filed against this retailer (the first one having settled several years prior for roughly $8 million) for the same violations.

38. <u>Thomas, et al. v Cal. State Auto. Assoc.</u>
    Scott Cole & Associates, APC filed this class action litigation on behalf of all California claims adjusters working for CSAA after mid-January 1997. This lawsuit alleged that, during those years, CSAA mis-classified these workers as exempt "administrators" and refused to pay them for overtime hours worked. This lawsuit settled for $8 million. We commenced this action and served as co-counsel for the nearly 1,200 claims representatives.

39. <u>Thomas v. TD Ameritrade Inc.</u>
    This lawsuit alleges violations of California law for failure to pay overtime to the company's Investment Consultants. It is also seeks compensation for missed meal and rest periods, reimbursement of business expenses and recovery of other unpaid wages.

40. <u>Tierno, et al. v Rite Aid Corporation</u>
    Scott Cole & Associates, APC filed this action against Rite Aid Corporation on behalf of its salaried Store Managers. It was alleged that defendant, purportedly the nation's third largest drug store chain, failed to pay overtime to those workers and denied them their meal and rest periods. In 2006, the federal court certified the class in this action.

41. <u>Torres, et al. v ABC Security Services, Inc.</u>
    Scott Cole & Associates, APC filed this litigation, alleging violations of California law for denial of meal and rest periods on behalf of the company's security guards. This action received class certification status in 2006.

42. <u>Whiteway, et al. v Fedex Kinko's Office and Print Services, Inc.</u>
    This action alleged violations of California law for unpaid overtime wages and for failure to provide meal and rest periods on behalf of this retailer's Center Managers. In 2006, the federal court certified the class in this action.

**Other Mass/Complex Tort Litigation Experience:**

43. <u>In Re Tosco SFR Litigation</u>
    During incidents on April 16, 1997 and, again, on January 7, 1998, the Tosco (old Unocal) Refinery in Rodeo, California released toxic chemicals airborne into the environment. These harmful substances traveled airborne into neighboring communities, seriously affecting the health of citizens and local workers. Our firm served as Lead Counsel in this complex litigation and represented thousands of members of the community in that role. We settled this matter for $2.5 million, the funds from which were disbursed to over 2,000 claimants who participated in the settlement.

44. <u>In Re Unocal Refinery Litigation</u>
    In response to Unocal's 16-day airborne release of chemicals over the County of Contra Costa in 1994, we filed a class action against the corporation on behalf of thousands of victims. After hard-fought litigation, the matter eventually settled for $80 million.

45. <u>In Re Westley Tire Fire Litigation</u>
    On September 22, 1999, lightning struck and ignited a pile of approximately 7 million illegally stored waste tires in Westley, California, a town about 70 miles east of San Francisco. Over the subsequent five weeks, the fire spewed smoke and

carcinogens over a large portion of the State of California. Our firm served as Lead and Liaison Counsel over a Plaintiffs' Steering/Management Committee in the consolidated actions against the owners and operators of this tire pile and related entities. These cases sought compensation for those individuals and businesses suffering personal and/or property damages as a result of these toxic substances and the fire's fall-out. In 2001, we reached a settlement with one defendant (CMS Generation Co.) for $9 million. In 2003, the Court granted final approval of the settlement. In 2005, two of the remaining defendants settled for an aggregate amount of roughly $1.4 million.

46.  <u>Onyeige, et al. v Union Telecard Alliance, LLC, et al.</u>
Scott Cole & Associates, APC filed an action against Union Telecard Alliance, LLC alleging negligent misrepresentation and for deceptive advertising practices related to the marketing of its pre-paid telephone calling cards. This action settled for approximately $22 million.

47.  <u>Witriol, et al. v LexisNexis., et al.</u>
Scott Cole & Associates, APC filed an action against this company for its allegedly-unlawful disclosure of private credit, financial and/or other personal information.

**Appellate Experience:**

Scott Cole & Associates, APC has handled numerous appeals in various forums, one of the more noteworthy being our successful brief and oral argument in the published matter of <u>Baddie, et al. v Berkeley Farms, Inc., et al.</u> (9th Cir. 1995) 64 F.3d 487 in which the Ninth Circuit opined regarding the great latitude that Plaintiffs' attorneys should be afforded in selecting the most advantageous forum for filing and prosecuting civil matters.

**Contact Information:**
Scott Cole & Associates, APC
Attorneys & Counselors
The Wachovia Tower
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Web Site: www.scalaw.com