SCOTT EDWARD COLE (State Bar No. 160744)
MATTHEW R. BAINER (State Bar No. 220972)
CARRIE S. LIN (State Bar No. 241849)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA 94612
Telephone:   (510) 891-9800
Facsimile:   (510) 891-7030
E-mail:   clin@scalow.com

Attorneys for Plaintiff
TAMARA PARTRIDGE, individually,
and on behalf of all others similarly situated

MALCOLM A. HEINICKE (State Bar No. 194174)
TYLER ROOZEN (State Bar No. 248669)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4001
E-mail:   Malcolm.Heinicke@mto.com

Attorneys for Defendant
SHEA MORTGAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PARTRIDGE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHEA MORTGAGE INC.,<br><br>Defendant. | CASE NO. C 07-04230 BZ<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AND SETTING SETTLEMENT HEARING**<br><br>Date:   July 23, 2008<br>Time:   10:00 a.m.<br>Place:   Courtroom G<br><br>**HONORABLE BERNARD ZIMMERMAN** |

4794456.5

- 1 -

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL (CASE NO. C 07-04230 BZ)

The joint motion of the Settling Parties for an order preliminarily approving a class action settlement and setting a settlement hearing, came on for hearing on July 23, 2008. The Court has considered the Stipulation Re: Settlement of Class Action (and its exhibits), the submissions of counsel, and all other papers filed in this action. The matter having been submitted and good cause appearing therefore:

The Court finds as follows:

1. All defined terms contained herein shall have the same meanings as set forth in the Stipulation Re: Settlement of Class Action executed by the Settling Parties and filed with this Court (the "Stipulation");

2. The Class Representative and Shea Mortgage, through their counsel of record in the Litigation, have reached an agreement to settle all Released Claims and resolve Litigation;

3. The Court conditionally finds that, for the purposes of approving this settlement only and for no other purpose and with no other effect on the Litigation, including no effect on the Litigation should the Stipulation not ultimately be approved or should the Effective Date not occur, the proposed Class meets the requirements for certification under Rule 23 of the Federal Rules of Civil Procedure:  (a) the proposed Class is ascertainable and so numerous that joinder of all members of the class is impracticable; (b) there are questions of law or fact common to the proposed Class, and there is a well-defined community of interest among members of the proposed Class with respect to the subject matter of the Litigation; (c) the claims of Class Representative Tamara Partridge are typical of the claims of the members of the proposed Class; (d) Class Representative Tamara Partridge will fairly and adequately protect the interests of the Members of the Class; (e) a class action is superior to other available methods for an efficient adjudication of this controversy; and (f) the counsel of record for the Class Representative is qualified to serve as counsel for the Class Representative in her own capacity as well as her representative capacity and for the Class; provided, this finding shall not preclude Shea Mortgage from contesting class or collective action certification in this Litigation or other litigation should the Effective Date not occur;

4. The moving parties also have presented to the Court for review a Stipulation Re: Settlement of Class Action. The Stipulation is within the range of reasonableness and meets the requirements for preliminary approval; and

5. The moving parties have also presented to the Court for review a plan to provide notice to the proposed Class of the terms of the settlement and the options facing the Class including, *inter alia*: to opt out of the class action, to remain in the Settlement Class, to object to the terms of the settlement, with counsel if desired, and/or to be a Participating Claimant. The notice will be mailed to all Class Members at their Last Known Addresses. The notice plan proposed by the Settling Parties is the best practical under the circumstances.

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Stipulation of Settlement is preliminarily approved and the Class is provisionally certified;

2. Notice of the proposed settlement, and the rights of Class Members to opt out of, or object to, the settlement or become a Participating Claimant, shall be given by mailing of the Notice to Class Members Re: Pendency of a Class Action by first class, postage prepaid, to all Class Members pursuant to the applicable provisions in the Stipulation and postmarked by the Claims Administrator on or before the Notice Mailing Deadline. Shea Mortgage shall provide the Claims Administrator with the information necessary to conduct this mailing as set forth in the Stipulation, and is hereby authorized to do so per the terms of the Stipulation;

3. A hearing shall be held before this Court on November 19, 2008 to consider whether the settlement should be given final approval by the Court:

  (a) Written objections by Class Members to the proposed settlement will be considered if received, on or before the Notice Response Deadline;

  (b) At the Settlement Hearing, Class Members may be heard orally in support of the settlement, or in opposition to the settlement, provided they submitted a timely written objection on or before the Notice Response Deadline;

      (c)    Class Counsel and counsel for Shea Mortgage should be prepared at the hearing to respond to objections filed by Class Members, if any, and to provide other information as appropriate, bearing on whether or not the settlement should be approved; and

      4.    In the event that the Effective Date occurs, all Settlement Class Members will be deemed to have forever released and discharged the Released Claims. In the event that the Effective Date does not occur for any reason whatsoever, the Stipulation shall be deemed null and void and shall have no effect whatsoever.

      5.    Prior to the Settlement Hearing, the parties shall file a joint motion for final approval of the settlement, and the Class Representative and Class Counsel shall file its motion for attorney fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
                                                                     The Honorable Bernard Zimmerman
                                                                     United States Magistrate Judge