1  MALCOLM A. HEINICKE (State Bar No. 194174)
2  TYLER A. ROOZEN (State Bar No. 248669)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street, 27th Floor
   San Francisco, California 94105-2907
4  Tel: (415) 512-4000; Facsimile: (415) 512-4077
   Email:  Malcolm.Heinicke@mto.com
5
   Attorneys for Defendants
6  SHEA MORTGAGE INC.,
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 TAMARA PARTRIDGE individually, and          CASE NO.  C 07-04230 BZ
   on behalf of all others similarly situated,
12                                              **PROOF OF SERVICE OF NOTICE OF
                Plaintiff,                      PROPOSED CLASS ACTION
13                                              SETTLEMENT PURSUANT TO 28 U.S.C.
       vs.                                      § 1715 (THE CLASS ACTION FAIRNESS
14                                              ACT OF 2005)**
   SHEA MORTGAGE INC.,
15                                              **The Honorable Bernard Zimmerman**
                Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28
   5349887.1

PROOF OF SERVICE

**PROOF OF SERVICE BY CERTIFIED MAIL AND U.S. MAIL**

I, Bridget Cartier, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105, (415) 512-4000.

On June 27, 2008, I served a true and correct copy of the document entitled:

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715 (THE CLASS ACTION FAIRNESS ACT OF 2005)**

by placing copies in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address shown below with postage thereon fully prepaid, certified and return receipt requested, and causing said envelope to be placed for collection and deposit with the United States Postal Service:

> Victoria L. Bradshaw
> Secretary
> Labor & Workforce Development Agency
> 801 K Street, Suite 2101
> Sacramento, CA 95814

and by placing copies in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the addresses shown below with postage thereon fully prepaid and causing said envelopes to be placed for collection and deposit with the United States Postal Service:

> Michael Mukasey
> The Attorney General of the United States
> Department of Justice
> Room 4400
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

*State of Arizona*

> Terry Goddard
> Arizona Office of the Attorney General
> 1275 West Washington St.
> Phoenix, AZ 85007

> Orlando Macias
> Arizona Labor Dept.
> P.O. Box 19070
> Phoenix, AZ 85005-9070

5349887.1

*State of California*

| | |
|---|---|
| Edmund G. Brown, Jr.<br>Attorney General's Office<br>California Department of Justice<br>Attn: Public Inquiry Unit<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | John Duncan<br>Department of Industrial Relations (DIR)<br>Office of the Director<br>455 Golden Gate Avenue<br>San Francisco CA 94102 |

John Rey
California Labor Department
445 Golden Gate Ave., 10th Fl.
San Francisco, Ca 94102

*State of Colorado*

| | |
|---|---|
| John Suthers<br>Colorado Office of the Attorney General<br>1525 Sherman St., 5th Fl.<br>Denver, CO 80203 | Rick Grice<br>Colorado Labor Dept.<br>633 17th St., 2nd Fl.<br>Denver, Co 80202-3660 |

*State of Florida*

| | |
|---|---|
| Bill McCollum<br>Florida Office of the Attorney General<br>The Capital PL-01<br>Tallahassee, FL 32339 | Linda South<br>Florida Labor Dept.<br>Caldwell Bldg., Suite 100<br>107 East Madison St.<br>Tallahassee, FL 32399-4120 |

*State of Nevada*

| | |
|---|---|
| Catherine Cortez Masto<br>Nevada Office of the Attorney General<br>Nevada Department of Justice<br>100 N. Carson St.<br>Carson City, NV 89701 | Michael Tanchek<br>Nevada Labor Dept.<br>555 E. Washington Ave., Ste 4100<br>Las Vegas, NV 89101-1050 |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 28, 2008, at San Francisco, California.

                                                              */s/ Bridget Z. Cartier*
                                                                Bridget Z. Cartier

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5349887.1     - 3 -

PROOF OF SERVICE