**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **7-23-08**                                                             Time: 10:00a.m.

C -07-4230 BZ

Tamara Partridege, et al.  v Shea  Mortgage Inc.

Attorneys:    Plntf: Carrie S. Lin     Deft.: Tyler A. Roozen

Deputy Clerk: **Simone Voltz**           Reporter:  Katherine Wyatt  FTR: 10:00-11:24a.m.

**PROCEEDINGS:**                                                   **RULING:**

1. Joint Motion for Preliminary Approval of Class Action          Matter held
2. _____          _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel to submit additional authorities by noon on Friday 7/25/08 ; Counsel to revise papers and schedule by 8/1/08; court will issue a ruling thereafter.

( ) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court__

( ) Referred to Magistrate Judge For:

( ) CASE CONTINUED TO_____     for _____

Discovery Cut-Off_____     Expert Discovery Cut-Off_____

Plntf to Name Experts by _____     Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____  Set for _____ days
                                                                Type of Trial:  ( )Jury    ( )Court
Notes: Court made a number of suggestions and gave some directions about settlement, including: 1. ) Counsel is required to extend response time for Class members from 30 days to 45 days; 2.) Counsel is required to clarify on the check to be mailed to the Class members that a check will only be negotiable within 90 days from the date of issuance; 3.) The Settlement Agreement has to refer to the Claim Administrator's website and state that the settlement documents can be viewed through the website.