| | |
|---|---|
| 1 | SCOTT EDWARD COLE (State Bar No. 160744) |
| | MATTHEW R. BAINER (State Bar No. 220972) |
| 2 | CARRIE S. LIN (State Bar No. 241849) |
| | SCOTT COLE & ASSOCIATES, APC |
| 3 | 1970 Broadway, Ninth Floor |
| | Oakland, CA 94612 |
| 4 | Telephone:    (510) 891-9800 |
| | Facsimile:    (510) 891-7030 |
| 5 | E-mail:        clin@scalaw.com |

Attorneys for Plaintiff TAMARA PARTRIDGE

MALCOLM A. HEINICKE (State Bar No. 194174)
TYLER A. ROOZEN (State Bar No. 248669)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Tel: (415) 512-4000; Facsimile: (415) 512-4077
Email: Malcolm.Heinicke@mto.com

Attorneys for Defendant SHEA MORTGAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PARTRIDGE individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHEA MORTGAGE INC.,<br><br>Defendant. | CASE NO. C07-04230 BZ<br><br>**SUPPLEMENTAL JOINT MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[STIPULATION RE: AMENDMENT OF THE STIPULATION REGARDING SETTLEMENT OF CLASS ACTION AND [AMENDED PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL FILED CONCURRENTLY]<br><br>DATE:   Motion heard July 23, 2008<br><br>**THE HONORABLE BERNARD ZIMMERMAN** |

On July 23, 2008, the Court held a hearing on the parties' Joint Motion for Preliminary Approval of a Class Action Settlement. At the hearing, counsel for the parties addressed numerous issues raised by the Court. Without ruling on the pending motion, the Court requested that the parties, within two court days, provide supplemental legal authority addressing two issues relevant to the proposed settlement. In addition, the Court suggested that the parties consider making certain changes to their proposed settlement, some of which were listed in a Minute Order filed by the Court on Friday, July 25, 2008. The Court further ordered that the parties submit any revised settlement papers (including a revised implementation schedule) by Friday, August 1, 2008. Consistent with the Court's order, the parties submitted supplemental memorandums of points and authorities on Friday, July 25, 2008 and, in addition, now file this Supplemental Joint Memorandum In Support of Preliminary Approval of a Class Action Settlement. A Stipulation Re: Amendment of Stipulation Regarding Settlement of Class Action Settlement has been filed concurrently herewith.

**MEMORANDUM OF POINTS AND AUTHORITIES**

As set forth in the parties' earlier pleadings, when a district court reviews a class action settlement, the main issue is whether the proposed settlement appears "fair, adequate and reasonable." *Officers for Justice v. Civil Serv. Comm'n*, 688 F.2d 615, 625 (9th Cir. 1982), cert. denied, 459 U.S. 1217 (1983)). Although district courts are required to make such a determination on a case by case basis, it is well-established that "strong judicial policy . . . favors settlements, particularly where complex class action litigation is concerned." *Class Plaintiffs v. City of Seattle*, 955 F.2d 1268, 1276 (9th Cir. 1992).

In addition, as the parties also set forth in their initial pleadings, it is important to note that a district court's review of a class action settlement is a two-step process. Because the eventual fairness hearing will provide the Court another opportunity to review the settlement with the benefit of class member input, preliminary approval should be granted if the proposed settlement is not "obviously deficient" and is "within the range of possible approval." *See In re Tableware Antitrust Litig.*, 484 F. Supp. 2d 1078, 1079-80 (N.D. Cal. 2007); *In re Portal Software, Inc. Sec. Litig.*, No. C-03-5138, 2007 WL 1991529, at *5-6 (N.D. Cal. June 30, 2007);

1 *West v. Circle K Stores, Inc.*, No. CIV. S-04-0438, 2006 WL 1652598, at *11 (E.D. Cal. June 13, 2006); *see also In re Gen. Motors Corp. Engine Interchange Litig.*, 594 F.2d 1106, 1124 (7th Cir. 1979).

Without repeating the various other points and precedent set forth in their initial papers, the parties respectfully reiterate that all they are seeking through the instant motion is the opportunity to provide notice to the class and then conduct a final fairness hearing before the Court with the benefit of class member input. *In re Traffic Executive Association-Eastern Railroads,* 627 F.2d 631, 634 (2d Cir. 1980) (preliminary approval "is at most a determination that there is what might be termed 'probable cause' to submit the proposal to class members and hold a full-scale hearing as to its fairness").

Against this general backdrop, on July 25, 2008 the parties submitted pleadings addressing two specific issues raised by the Court during the July 23, 2008 hearing.  In addition, the parties have entered into a stipulation, filed concurrently herewith, amending the Stipulation Re: Class Action Settlement.  The amendments listed in the concurrently submitted stipulation are designed to address concerns expressed by the Court during the July 23, 2008 hearing.  Attached hereto as Exhibit A is a revised implementation schedule for the proposed settlement.

In addition to filing the above-referenced documents, the parties will also lodge with the Court a "red-lined" version of the settlement agreement showing the changes as implemented by the stipulation.

///
///
///
///
///
///
///
///

1         The parties respectfully submit that they have endeavored to address all of the Court's concerns, and they reiterate their request that preliminary be granted.

        I, Tyler A. Roozen, attest that I have obtained concurrence from Carrie S. Lin in the filing of this Supplemental Joint Memorandum of Points and Authorities in Support of Joint Motion for Preliminary Approval of Class Action Settlement.  *See* N.D. Cal. General Order 45 § 10(B).

Respectfully submitted,

DATED:  August 1, 2008:        SCOTT COLE AND ASSOCIATES, APC

By:  */s/ Carrie S. Lin* _____
     CARRIE S. LIN

Class Counsel and Counsel to Plaintiff Tamara Partridge

DATED:  August 1, 2008:        MUNGER, TOLLES & OLSON LLP

By:  /s/ *Tyler A. Roozen*
     TYLER A. ROOZEN

Counsel for Defendant Shea Mortgage Inc.

**EXHIBIT A TO SUPPLEMENTAL JOINT MOTION FOR PRELIMINARY APPROVAL**

*Tamara Partridge vs. Shea Mortgage Inc.,*
*Case No. C 07-04230 BZ*

**IMPLEMENTATION SCHEDULE**

| Deadline | Activity |
|---|---|
| 08/06/08 | Hearing on joint motion for preliminary approval and anticipated entry of preliminary approval order |
| 09/05/08 | Claims administrator mails class notices |
| 10/20/08 | Deadline for members of the settlement class to submit claim forms or opt out statements |
| 10/20/08 | Deadline for class members to submit written objections to class counsel |
| 11/11/08 | Settling parties file joint motion for final approval of settlement and declarations concerning compliance with class notice requirements |
| 12/17/08 | Settlement fairness hearing and anticipated date of entry of judgment |
| 01/16/09 | Anticipated Effective Date |
| 01/26/09 | Shea Mortgage makes payments to class counsel* |
| 02/16/09 | Shea Mortgage makes payments to class representative* |
| 03/17/09 | Deadline to mail payments to participating claimants and/or notices of final approval to class members* |
| 04/06/09 | Anticipated date of confirmation of mailing to participating claimants and submission of notice of satisfaction of judgment* |

* Date subject to prior occurrence of Effective Date.