1   SCOTT EDWARD COLE (State Bar No. 160744)
    MATTHEW R. BAINER (State Bar No. 220972)
2   CARRIE S. LIN (State Bar No. 241849)
    SCOTT COLE & ASSOCIATES, APC
3   1970 Broadway, Ninth Floor
    Oakland, CA 94612
4   Telephone:     (510) 891-9800
    Facsimile:     (510) 891-7030
5   E-mail:        clin@scalow.com

6   Attorneys for Plaintiff
    TAMARA PARTRIDGE, individually,
7   and on behalf of all others similarly situated

8   MALCOLM A. HEINICKE (State Bar No. 194174)
    TYLER ROOZEN (State Bar No. 248669)
9   MUNGER, TOLLES & OLSON LLP
    560 Mission Street
10  Twenty-Seventh Floor
    San Francisco, CA  94105
11  Telephone:     (415) 512-4000
    Facsimile:     (415) 512-4001
12  E-mail:        Malcolm.Heinicke@mto.com

13  Attorneys for Defendant
    SHEA MORTGAGE INC.
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17  TAMARA PARTRIDGE, individually, and          CASE NO.  C 07-04230 BZ
    on behalf of all others similarly situated,
18                                               **[AMENDED PROPOSED] ORDER
                    Plaintiff,                   GRANTING PRELIMINARY
19                                               APPROVAL OF SETTLEMENT AND
         vs.                                     SETTING SETTLEMENT HEARING**
20
    SHEA MORTGAGE INC.,                          Date:      Motion Heard July 23, 2008
21
                    Defendant.
22                                               **HONORABLE BERNARD
                                                 ZIMMERMAN**
23

24

25

26

27

28

5679402.1                          1

[AMENDED PROPOSED] ORDER GRANTING PRELIM. APPROVAL (CASE NO.  C 07-04230 BZ)

1        The joint motion of the Settling Parties for an order preliminarily approving a class

2    action settlement and setting a settlement hearing, came on for hearing on July 23, 2008.  The

3    Court has considered the Stipulation Re: Settlement of Class Action (and its exhibits), the

4    submissions of counsel, and all other papers filed in this action.  The matter having been

5    submitted and good cause appearing therefore:

6        The Court finds as follows:

7        1.        All defined terms contained herein shall have the same meanings as set

8    forth in the Stipulation Re: Settlement of Class Action executed by the Settling Parties and filed

9    with this Court (the "Stipulation");

10        2.        The Class Representative and Shea Mortgage, through their counsel of

11    record in the Litigation, have reached an agreement to settle all Released Claims and resolve

12    Litigation;

13        3.        The Court conditionally finds that, for the purposes of approving this

14    settlement only and for no other purpose and with no other effect on the Litigation, including no

15    effect on the Litigation should the Stipulation not ultimately be approved or should the Effective

16    Date not occur, the proposed Class meets the requirements for certification under Rule 23 of the

17    Federal Rules of Civil Procedure:  (a) the proposed Class is ascertainable and so numerous that

18    joinder of all members of the class is impracticable; (b) there are questions of law or fact common

19    to the proposed Class, and there is a well-defined community of interest among members of the

20    proposed Class with respect to the subject matter of the Litigation; (c) the claims of Class

21    Representative Tamara Partridge are typical of the claims of the members of the proposed Class;

22    (d) Class Representative Tamara Partridge will fairly and adequately protect the interests of the

23    Members of the Class; (e) a class action is superior to other available methods for an efficient

24    adjudication of this controversy; and (f) the counsel of record for the Class Representative is

25    qualified to serve as counsel for the Class Representative in her own capacity as well as her

26    representative capacity and for the Class; provided, this finding shall not preclude Shea Mortgage

27    from contesting class or collective action certification in this Litigation or other litigation should

28    the Effective Date not occur;

5679402.1                                            2

1        4.      The moving parties also have presented to the Court for review a

2    Stipulation Re: Settlement of Class Action.  The Stipulation is within the range of reasonableness

3    and meets the requirements for preliminary approval; and

4        5.      The moving parties have also presented to the Court for review a plan to

5    provide notice to the proposed Class of the terms of the settlement and the options facing the

6    Class including, *inter alia*:  to opt out of the class action, to remain in the Settlement Class, to

7    object to the terms of the settlement, with counsel if desired, and/or to be a Participating

8    Claimant.  The notice will be mailed to all Class Members at their Last Known Addresses.  The

9    notice plan proposed by the Settling Parties is the best practical under the circumstances.

10        Good cause appearing therefore, IT IS HEREBY ORDERED that:

11        1.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Stipulation

12    of Settlement is preliminarily approved and the Class is provisionally certified;

13        2.      Notice of the proposed settlement, and the rights of Class Members to opt

14    out of, or object to, the settlement or become a Participating Claimant, shall be given by mailing

15    of the Notice to Class Members Re: Pendency of a Class Action by first class, postage prepaid, to

16    all Class Members pursuant to the applicable provisions in the Stipulation and postmarked by the

17    Claims Administrator on or before the Notice Mailing Deadline**.**  Shea Mortgage shall provide the

18    Claims Administrator with the information necessary to conduct this mailing as set forth in the

19    Stipulation, and is hereby authorized to do so per the terms of the Stipulation;

20        3.      A hearing shall be held before this Court on December 17, 2008 to

21    consider whether the settlement should be given final approval by the Court:

22        (a)      Written objections by Class Members to the proposed settlement will be

23    considered if received, on or before the Notice Response Deadline;

24        (b)      At the Settlement Hearing, Class Members may be heard orally in support

25    of the settlement, or in opposition to the settlement, provided they submitted a timely written

26    objection on or before the Notice Response Deadline;

27

28

5679402.1                                    3

[AMENDED PROPOSED] ORDER GRANTING PRELIM. APPROVAL (CASE NO.  C 07-04230 BZ)

1           (c)     Class Counsel and counsel for Shea Mortgage should be prepared at the

2 hearing to respond to objections filed by Class Members, if any, and to provide other information

3 as appropriate, bearing on whether or not the settlement should be approved; and

4           4.     In the event that the Effective Date occurs, all Settlement Class Members

5 will be deemed to have forever released and discharged the Released Claims.  In the event that

6 the Effective Date does not occur for any reason whatsoever, the Stipulation shall be deemed null

7 and void and shall have no effect whatsoever.

8           5.     Prior to the Settlement Hearing, the parties shall file a joint motion for final

9 approval of the settlement, and the Class Representative and Class Counsel shall file its motion

10 for attorney fees and costs.

11

12 PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14 DATED: _____          _____

15                           The Honorable Bernard Zimmerman

16

17

18

19

20

21

22

23

24

25

26

27

28

5679402.1                             4