UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PARTRIDGE, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>SHEA MORTGAGE INC.,<br><br>　　　　Defendant(s). | No. C 07-4230 BZ<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AND SETTING SETTLEMENT HEARING** |

　　　The joint motion of the Settling Parties for an order preliminarily approving a class action settlement and setting a settlement hearing, came on for hearing on July 23, 2008. The Court has considered the Stipulation Re: Settlement of Class Action (and its exhibits) and it Amendment dated August 1, 2008, (collectively the "Stipulation), the submissions of counsel, and all other papers filed in this action. The matter having been submitted and good cause appearing therefore:

　　　The Court finds as follows:

　　　1.　All defined terms contained herein shall have the

1

1  same meanings as set forth in the Stipulation executed by the
2  Settling Parties and filed with this Court;
3      2.   The Class Representative and Shea Mortgage, through
4  their counsel of record in the Litigation, have reached an
5  agreement to settle all Released Claims and resolve this
6  Litigation;
7      3.   The Court conditionally finds that, for the purposes
8  of approving this settlement only and for no other purpose and
9  with no other effect on the Litigation, including no effect on
10 the Litigation should the Stipulation not ultimately be
11 approved or should the Effective Date not occur, the proposed
12 Class meets the requirements for certification under Rule 23
13 of the Federal Rules of Civil Procedure:  (a) the proposed
14 Class is ascertainable and so numerous that joinder of all
15 members of the class is impracticable; (b) there are questions
16 of law or fact common to the proposed Class, and there is a
17 well-defined community of interest among members of the
18 proposed Class with respect to the subject matter of the
19 Litigation; (c) the claims of Class Representative Tamara
20 Partridge are typical of the claims of the members of the
21 proposed Class; (d) Class Representative Tamara Partridge will
22 fairly and adequately protect the interests of the Members of
23 the Class; and (e) the counsel of record for the Class
24 Representative is qualified to serve as counsel for the Class
25 Representative in her own capacity as well as her
26 representative capacity and for the Class; provided, this
27 finding shall not preclude Shea Mortgage from contesting class
28 or collective action certification in this Litigation or other

1 | litigation should the Effective Date not occur;

2 |     4.   The moving parties also have presented to the Court for review a Stipulation re settlement.  The Stipulation is within the range of reasonableness and meets the requirements for preliminary approval; and

6 |     5.   The moving parties have also presented to the Court for review a plan to provide notice to the proposed Class of the terms of the settlement and the options facing the Class including, *inter alia*:  to opt out of the class action, to remain in the Settlement Class, to object to the terms of the settlement, with counsel if desired, and/or to be a Participating Claimant.  The notice will be mailed to all Class Members at their Last Known Addresses.  The notice plan proposed by the Settling Parties is the best practical under the circumstances.

    Good cause appearing therefore, **IT IS HEREBY ORDERED** that:

    1.   Pursuant to Rule 23 of the Federal Rules of Civil Procedure and subject to this Order, the Stipulation of settlement is preliminarily approved and the Class is provisionally certified;

    2.   Notice of the proposed settlement, and the rights of Class Members to opt out of, or object to, the settlement or become a Participating Claimant, shall be given by mailing of the Notice to Class Members Re: Pendency of a Class Action by first class mail, postage prepaid, to all Class Members pursuant to the applicable provisions in the Stipulation and postmarked by the Claims Administrator on or before the Notice

1  Mailing Deadline.  Shea Mortgage shall provide the Claims
2  Administrator with the information necessary to conduct this
3  mailing as set forth in the Stipulation, and is hereby
4  authorized to do so per the terms of the Stipulation.  The
5  envelope shall state on the outside "Notice of Class Action
6  Settlement Enclosed."  By October 15, 2008, the Claims
7  Administrator shall file a declaration attesting that notice
8  was given as provided by the settlement, and stating the total
9  number of notices that were mailed.
10       3.   In addition to the information outlined in
11  paragraph 2.5.7, the Claims Administrator's declaration shall
12  state the total number of qualifying work weeks for which
13  claims were submitted, and shall attach the writings from all
14  class members who elected to opt out and a copy of all
15  objections filed by class members.  Any doubt about whether a
16  class member has opted out will be resolved by the court and
17  counsel.
18       4.   If counsel for the class receive any opt outs or
19  objections, counsel shall file a declaration identifying all
20  the objectors and all the opt outs and attaching their
21  writings.
22       5.   A hearing shall be held before this court on
23  **December 17, 2008 at 1:30 p.m.** in Courtroom G, 15th Floor,
24  Federal Building, 450 Golden Gate Avenue, San Francisco,
25  California 94102 to consider whether the settlement should be
26  given final approval by the Court:
27       (a) Written objections by Class Members to the proposed
28  settlement will be considered if received, on or before the

4

Notice Response Deadline.

 (b) At the Settlement Hearing, class members may be heard orally in support of the settlement, or in opposition to the settlement, provided they submitted a timely written objection on or before the Notice Response Deadline;

 (c) Class counsel and counsel for Shea Mortgage should be prepared at the hearing to respond to objections filed by class members, if any, and to provide other information as appropriate, bearing on whether or not the settlement should be approved; and

 (d) Any issues about or class members' participation in the settlement that cannot be resolved by class counsel shall be presented to the court for final decision.

 6. In the event that the Effective Date occurs, all Settlement Class Members will be deemed to have forever released and discharged the Released Claims. Absent further showing, the final judgment the court will enter will run in favor of defendant Shea Mortgage Inc., and not in favor of its unidentified affiliates. In the event that the Effective Date does not occur for any reason whatsoever, the Stipulation shall be deemed null and void and shall have no effect whatsoever.

 7. By November 11, 2008, the parties shall file a joint motion for final approval of the settlement, all other documents required by this Order, and the Class Representative and Class Counsel shall file its motion for attorney fees and costs.

 8. A copy of this Order, as well as the papers filed in

support of the Joint Motion for Preliminary Approval of Class Settlement, shall be made available to class members on the Claim's Administrator's website listed in the class notice, and the Notice shall so state.

Dated: August 13, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PARTRIDGE V. SHEA MORTGAGE\BZ-FINAL PROPOSED ORDER RE SETTLEMENT.wpd