UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PARTRIDGE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>SHEA MORTGAGE INC.,<br><br>Defendant(s). | No. C 07-4230 BZ<br><br>**BRIEFING ORDER** |

**IT IS HEREBY ORDERED** that by no later than **December 5, 2008**, counsel shall jointly or separately file a memorandum addressing the impact, if any, on the motion to approve the settlement, of the recent Court of Appeal ruling in <u>Kullar v. Foot Locker Retail, Inc.</u>, 2008 WL 4561629, (Cal.App., October 14, 2008) and specifically whether the Court has sufficient information to determine whether the proposed settlement is fair, adequate and reasonable. If the parties conclude that there is a need to supplement the record, they shall do so by **December 5, 2008**.

Dated: November 25, 2008

                                             Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\PARTRIDGE V. SHEA MORTGAGE\ORDER RE FILING JOINT MEMORANDUM.wpd

1