UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PARTRIDGE, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>SHEA MORTGAGE INC.,<br><br>　　　　Defendant(s). | No. C 07-4230 BZ<br><br>**ORDER RE LATE CLAIMS** |

　　Having received the defendant's opposition to honoring the four late claims and plaintiff's reply, **IT IS HEREBY ORDERED** that defendant shall forthwith file a declaration of the Claims Administrator, attaching a copy of the four late claims, together with the envelope they came in, or the fax transmittal, if available; setting forth any information the Administrator has about why the claims were filed late, and stating whether any of the four late claims were filed by class members whose notice was originally returned as undeliverable.

Dated: December 22, 2008

　　　　　　　　　　　　　　　　　　_/s/ Bernard Zimmerman_
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\PARTRIDGE V. SHEA MORTGAGE\ORDER RE LATE CLAIMS.wpd

1