UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA PARTRIDGE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>SHEA MORTGAGE INC.,<br><br>Defendant(s). | No. C 07-4230 BZ<br><br>**ORDER DIRECTING DEFENDANT TO HONOR LATE CLAIMS** |

    I have read the briefs filed by both sides on the issue of whether the court should approve four late claims, and the Supplemental Declaration of Bernella Lenhart in Response to December 22, 2008 Order.  Both sides agree the court has discretion to order that late claims be honored.  See <u>In re Gypsum Antitrust Cases</u>, 565 F.2d 1123, 1128 (9th Cir. 1977). The court's discretion is informed by a number of factors, including that there are only four late claims, that the latest was filed only about 20 days late; and that the claims filing period was short even as extended by the court in granting preliminary approval of the settlement and was

1

1  further shortened for at least one of the late claimants
2  because the original notice was returned as undeliverable and
3  the claimant had to be re-served.
4      **IT IS THEREFORE ORDERED** that defendants pay the four late
5  claims referenced in Ms. Lenhart's declaration as claim
6  numbers **1000060, 1000013, 1000045 and 1000001**.
7  Dated: January 8, 2009

                                  Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\PARTRIDGE V. SHEA MORTGAGE\ORD DIRECTING DEF TO HONOR LATE CLAIMS.wpd